## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   JANE REDMAN                   §        Case No.: 08-09191
                                       §
                                       §
                                       §
                                       §
        Debtor(s)                      §
─────────────────────────────────────────────────────────────────────

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 04/15/2008.

2)   This case was confirmed on 07/30/2008.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/30/2008.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 08/19/2010.

5)   The case was converted on 10/26/2010.

6)   Number of months from filing to the last payment:  25

7)   Number of months case was pending:  31

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    21,555.00

10)  Amount of unsecured claims discharged without payment $        .00

11)  All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $   16,451.57 |
| Less amount refunded to debtor | $        46.18 |
| **NET RECEIPTS** | $   16,405.39 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $    2,000.00 |
| Court Costs | $         .00 |
| Trustee  Expenses and Compensation | $    1,168.26 |
| Other | $         .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    3,168.26 |
| Attorney fees paid and disclosed by debtor | $    1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIMORTGAGE INC | SECURED | 137,195.74 | 131,425.38 | .00 | .00 | .00 |
| CITIMORTGAGE INC | SECURED | NA | 6,443.63 | 6,186.48 | 6,186.48 | .00 |
| ILLINOIS TOLLWAY AUT | PRIORITY | NA | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 1,559.80 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 8,662.00 | .00 | 8,662.05 | 596.02 | .00 |
| HSBC BANK NEVADA NA | UNSECURED | 4,989.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 12,538.00 | 13,899.35 | 13,899.35 | 956.42 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,972.00 | 2,706.97 | 2,706.97 | 186.27 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,484.00 | 2,259.41 | 2,259.41 | 131.30 | .00 |
| BENEFICIAL | UNSECURED | 13,944.00 | NA | NA | .00 | .00 |
| BENEFICIAL HFC | UNSECURED | 14,521.56 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 28,484.00 | 28,484.30 | 28,484.30 | 1,959.99 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | 11,996.00 | 8,882.68 | 8,882.68 | 611.22 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,284.00 | .00 | 3,627.50 | 249.61 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | 12,346.67 | NA | NA | .00 | .00 |
| DIRK VAN BEEK | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| DR WALTER D FLOR DDS | UNSECURED | 2,000.00 | 1,590.00 | 1,590.00 | 102.70 | .00 |
| ETHAN ALLEN | UNSECURED | 218.00 | NA | NA | .00 | .00 |
| FLOSSMOOR COMMUNITY | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| ETHAN ALLEN | UNSECURED | 5,731.00 | 5,731.43 | 5,731.43 | 394.37 | .00 |
| ETHAN ALLEN | UNSECURED | NA | NA | NA | .00 | .00 |
| CHECK N GO OF IL INC | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 1,205.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC BANK | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 1,205.04 | 1,205.04 | 77.83 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,701.00 | 3,591.64 | 3,591.64 | 247.14 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,338.00 | 2,338.42 | 2,338.42 | 151.03 | .00 |
| SAKS FIFTH AVENUE | UNSECURED | 3,764.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 3,556.00 | NA | NA | .00 | .00 |
| MARATHON PETROLEUM | UNSECURED | 1,015.00 | 1,015.76 | 1,015.76 | 61.32 | .00 |
| SMC %SAKS INC | UNSECURED | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 152.00 | 179.99 | 179.99 | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 6,221.00 | 6,221.42 | 6,221.42 | 428.09 | .00 |
| HSBC BANK NEV CARSON | UNSECURED | 3,556.00 | NA | NA | .00 | .00 |
| SEARS | UNSECURED | 4,185.00 | NA | NA | .00 | .00 |
| SUBURBAN LANDSCAPING | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| UNVL CITI | UNSECURED | 13,574.00 | NA | NA | .00 | .00 |
| UNVL CITI | UNSECURED | 13,899.00 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | OTHER | NA | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 6,485.00 | 6,485.67 | 6,485.67 | 446.27 | .00 |
| BENEFICIAL | SECURED | NA | 14,573.58 | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5,992.00 | 5,992.76 | 5,992.76 | 412.37 | .00 |
| LASALLE BANK | UNSECURED | NA | 968.18 | 968.18 | 38.70 | .00 |
| CHECK N GO | UNSECURED | 2,030.33 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
|                                                                              |
| Summary of Disbursements to Creditors:                                       |
|                                                                              |
|                               Claim          Principal        Int.           |
|                               Allowed          Paid           Paid           |
| Secured Payments:                                                            |
|       Mortgage Ongoing               .00            .00         .00          |
|       Mortgage Arrearage        6,186.48       6,186.48         .00          |
|       Debt Secured by Vehicle        .00            .00         .00          |
|       All Other Secured              .00            .00         .00          |
| TOTAL SECURED:                  6,186.48       6,186.48         .00          |
|                                                                              |
| Priority Unsecured Payments:                                                 |
|       Domestic Support Arrearage     .00            .00         .00          |
|       Domestic Support Ongoing       .00            .00         .00          |
|       All Other Priority             .00            .00         .00          |
| TOTAL PRIORITY:                      .00            .00         .00          |
|                                                                              |
| GENERAL UNSECURED PAYMENTS:    103,842.57      7,050.65         .00          |
.==============================================================================.


.==============================================================================.
|                                                                              |
| Disbursements:                                                               |
|                                                                              |
|       Expenses of Administration      $     3,168.26                         |
|       Disbursements to Creditors      $    13,237.13                         |
|                                                                              |
| TOTAL DISBURSEMENTS:                              $     16,405.39            |
.==============================================================================.
```

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    11/22/2010                     /s/ Tom Vaughn
                                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**